Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26, and 46

**United States Patent and Trademark Office**

Reg. No. 3,458,615
Registered July 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# LIGHTNING FAST

E C GROW INCORPORATED (WISCONSIN CORPORATION)
4970 KANE ROAD
EAU CLAIRE, WI 54703

FOR: CHEMICAL COMPOUNDS USED TO MELT ICE AND SNOW, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 9-10-2007; IN COMMERCE 9-10-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 76-677,637, FILED 5-31-2007.

PRISCILLA MILTON, EXAMINING ATTORNEY



EXHIBIT B